UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KELDRA BAKER, | § |
| | § |
| Petitioner, | § |
| | § |
| v. | §   No. 3:24-cv-00179-B (BT) |
| | § |
| DALLAS COUNTY | § |
| | § |
| Respondent. | § |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the petitioner's case will be **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

**SIGNED this 20th day of May, 2024.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE